FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
___Third___ DIVISION

AUG 26 2013

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　DEP CLERK

## KARL BERNARD CARTER

ADC # 099771

(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

V.

CASE NO 1:13-CV-77 DPM/JTR

CLIFFTON JONES, RANDY FERRETTE,
MS. HUNT, DR. BISHOP,
NURSE SHELBY

This case assigned to District Judge Marshall

and to Magistrate Judge Ray

(Enter above the full name of
defendant or defendants, in
this action.)

**I AM SUING THE DEFENDANTS IN:**

I.    Previous Lawsuits  ☑ BOTH OFFICIAL AND PERSONAL CAPACITY

A.   Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action?

Yes _____   No __✓__

B.   If your answer to A is yes, describe each lawsuit in
the space below.   (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.   Parties to this lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

2.   Court (lf federal court,  name the district; if stat
court, name the county: _____

_____

—1—

3.   Docket Number: _____

4.   Name of Judge to whom case was assigned _____

5.   Disposition (for   example: Was the case dismissed
     was it appealed?  Is it still pending?): _____

6.   Approximate date of filing lawsuit: _____

7.   Approximate date of disposition: _____

II.   Place of present Confinement: *NORTH CENTRAL UNIT*

_____

III.   There is a prisoner grievance procedure in the Arkansas
       Department of Correction. **Failure to complete the grievance
       procedure may affect your case in federal court.**

A.   Did you present the facts relating to your   complain
     in the state prisoner grievance procedure?

     Yes  ✓   No _____

B.   If your answer is YES, Attach copies evidencing
     completion of **the final step of the grievance appeal**
     procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY
     RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

C.   If your answer is NO, explain why not: _____

_____

_____

IV.   Parties
      (In item A below, place your name in the first blank and
      place your present address in the second blank.    Do th
      same for additional plaintiffs, if any.)

A.   Name of plaintiff: *KARL BERNARD CARTER*

     Address: *NORTH CENTRAL UNIT*
              *10 PRISON CIRCLE*
              *CALICO ROCK, AR. 72159*

     Name of plaintiff: _____

     Address: _____

     Name of plaintiff: _____

     Address: _____



(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Cliffton JONES

Position: NURSE PRACTITION

Place of employment: SHE WAS fired , UNKNOWN

Address: UNKNOWN


Defendant: RANDY FERRETTE

Position: ADMINISTRATOR OF HEALTH DEPARTMENT

Place of employment: NORTH CENTRAL UNIT

Address: 10 PRISON CIRCLE , CALICO ROCK, AR. 72519


Defendant: NURSE HUNT

Position: L.RN.

Place of employment: SHE WERE forced TO RETIRE

Address: UNKNOWN


Defendant: NURSE SEVEY

Position: Lab DEPARTMENT

Place of employment: TRANSFERED TO Cummins UNIT

Address: UNKNOWN

Defendant: DOCTOR MICHELLE BISHOP

Position: DOCTOR

Place of employment: NORTH CENTRAL UNIT

Address: UNKNOWN

Page 1



## V.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) ON 5-5-12, AT North Central Units medical Department Practitioner, Cliffton Jones ENTERED INTO The eomi's false information, which Shows falsifying medical documents, and deliberate Indefferance to my serious medical Conditions. grievance # NC-12-0023 is with merit.

(2) On 9-21-12, RANDY FERRETTE, gave FALSE information ON a response of a grievance That I submitted, stating that I do NOT TrusT North Central medical Staff, because of falsifying medical documents. ON grievance NC-1200400 RANDY FERRETTE gave false information to Chief Deputy DIRECTOR WENDY Kelly To delay, and denly me the the proper exams. AT NORTH CENTRAL UNIT grievance NC-1200476 shows STRICT PROOF

## VI.   Relief

State briefly exactly what **YOU** want **the court to do for** YOU. Make **no legal arguments. Cite no cases or statutes.**

(1) I pray ThaT The Court would order the **A.D.C.** Director to transfer me to another Facility, because of Non willful actions resuting racial discrimination, and retaliation of the North Central medical department And that I may have been Concented a drug to Assult or Battery.

(2) grant the plaintiff compersentery punitive and normal damages in the amount of $20.000 per defendant for the violatations of the plaintiffs rights Of A TOTAL of $100.000,

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.

Executed on this _____ day of_____,20___.

_____

_____

_____
Signature(s) of plaintiff(s)



(3) ON 10-31-12, AT NORTH CENTRAL UNIT MEDICAL DEPARTMENT I WERE SEEN by NURSE HUNT who, prolonged, delayed, and denied me an appointment to see DR. Bishop for a serious stomach infection. ON 11-7-12, I were seen again by NURSE HUNT for the SAME stomach problem. I explained to her that I WAS constipated and were having severe stomach cramps, and stomach pain, that the laxatives were making it worse. She offered me unprescribed medication such as prune juice and coffie for constipation. I refused to take the offer, and she stated that was all she could do. NURSE Hunt denied me to proceed to Dr. Bishop. NURSE HUNT gave FALSE information stated I held my stomach while she examine me. That shows Falsifying documents and deliberate indifference to my serious medical needs.

(4) On 11-9-12, at NORTH Central medical department, I Entered the medical department as a emergency walk in for sharp Chest pain and stomach pain. I were seen by NURSE shelvey who drew blood and say she took it to A clinic near by, in a town of Calico Rock to be tested. NURSE Shelby returned less than 30 minutes and stated that blood lab results for stomach was negitive for disease and stomach infection. which were false. NURSE shelby Never gave me documentation of the lab results, NOR Entered it in the EOMIS, which the camera should have Caught when she drawn the blood, which Shows Falifying documents and deliberate indifference to my serious medical needs.

(5) ON-11-29-12 at NORTH CENTRAL UNIT MEDICAL depart ment I SAW DR. Bishop for A serious Stomach problem. I exsplained to DR Bishop that I had been seen at a numerous of times at sick calls for this stomach problem, and where said by ms. Hunt I had no medical problem. That I had been given LAxatives, milk of magnesia and ducusate caps for over 30 days. DR. Bishop orded me pepto-Diotame Tablets to take and Tums for gas. She stated that If I did not feel better in one week to follow up for further evaluation, Dr. Bishop Fall, Tim Follow me up with an appointment which were 12-5-12 and on 12-12-12 I were transfered to another UNIT, Tucker, and there Incomplained about my stomach problem up on arrival, And were tested Passitive with Tpyiori Antigen stomach infection. Dr. Bishop, showed deliberate Indifferance to my serious medical Need by not following up on appointment she made.

$ Plantiff request that the court clerk send him a copy of Complaint Claim

Respectfully sign
Karl Cater

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

## (To be Completed by the Institution of Incarceration)

PLAINTIFF:  Karl Carter

ADC NUMBER:  099771

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

| | |
|---|---|
| Total deposits for last six (6) months: | $ 50.00 |
| Average monthly deposit (total deposits divided by 6): | $ 8.33 |
| Total balances for last six (6) months: | $ 0.10 |
| Average monthly balance: (Total balances divided by 6) | $ 0.02 |
| Current account balance: | $ 0.00 |
| Initial payment of filing fee as of 7-8-2013 : | $ 1.67 |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: 7-8-2013          AUTHORIZED OFFICIAL  Barbara Noto

**(NO FILING FEE SHALL BE IN EXCESS OF
$350 FOR A CIVIL LAWSUIT
OR
$455 FOR AN APPEAL)**



800-4

STATE OF ARKANSAS           )
                           )§
COUNTY OF _ IZARD _        )

### AFFIDAVIT

I, _Karl Carter_____, after first being duly sworn, do hereby swear, depose

and state that: _ON this sworn Affidavit, I did file A Complaint to_

_The UNITED STATES District Court for The Eastern District OF_

_Arkansas on this signed Affidavit by Notary Public and dated._

_That Clifton Jones, Randy Ferrette, ms Hunt, Dr. Bishop_

_and Nurse Shelby be served under the Civil Rights act, 42_

_U.S.A. Sec. 1983, In the United States District Court_

_Eastern District of Arkansas._

_____

_____

_____

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

___8-2-13___
DATE

___Karl Cater___
AFFIANT

___099771___
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _2_ day

_August_____, 20_13_.

___Patrick Eugene Thompson___
NOTARY PUBLIC

My Commission Expires: _11-18-2020_

(11)

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _N.C.U._

**Received**

FOR OFFICE USE ONLY

GRV. # _NC-12-00230_

Date Received: _5/29/12_

GRV. Code #: _600_

Name _Karl Carter_

ADC# _99771_    Brks # _4_    Job Assignment _Utility_

MAY 2 0 2012
**Grievance Office**

_5-21-12_ (Date) STEP ONE: Informal Resolution

_5-25-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _Because she did not tell the truth about performing a physical, she say she did, but did not_

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _ON 5-15-12 I SAW practitioner Ms. Cliffton Jones, and which time she claim that she preform an examination, at which time she Never left her Chair some five feet away. I later learn from Bernard Williams the infermery manager of what Denese Cliffton Jones entered into eomis at which time the information that was intered was false, there fore the medical documination was false afide. This shows dellverate Indifference to my medical Conditions. There fore how can you trust the medical professionals that are aloud to falesafy medical Records for self graddification._

_Karl Cart_
**Inmate Signature**

_5-21-12_
**Date**

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _5-21-12_ (date), and determined to be **Step One** and/or an Emergency Grievance _No_ (Yes or No) This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Benard Williams_ Date _5-21-12_

_Sgt Chris Brandon_   _56276_   _C B Real_   _5-21-12_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _your claims that physical assessment was never performed + subjective information was incorrect will be investigated further. You requested video review, which will be done. You will have an appt c Dr Bishop._
_Becky Turnett, RN 5/25/12_   _X Karl Cart_
**Staff Signature & Date Returned**     **Inmate Signature & Date Received** _5-25-12_

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                    Attachment IV
3GH

INMATE NAME: Carter, Karl B.          ADC #: 099771E        GRIEVANCE #: NC-12-00230

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

Code 603
On 5/15/12 I saw practitioner Ms. Cliffton Jones and which time she claim that she preform an
exzamination. at which time she never left her chair some five feet away. I later learn from Bernard
Williams the imfermery maneger of what Deniese Cliffton Jones entered into eomis at which time the
infermation that was intered was false. therefore the medical docomitation was falseafide. This shows
deliverate indifference to my medical conditions. Therefore how can you trust the medical professionals
that are aloud to falesafy medical records for self gradification.
Response:
Administrative staff has investigated and addressed your complaint.
This grievance is with merit.


_Signature_ / _Randy Fewette_, RN (HSA) _____        6/18/12
Signature of Health Services              Title                        Date
Administrator/Mental Health
Supervisor or Designee

---

**INMATE'S APPEAL**                                                      5-22-12

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health &
Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing
the decision to the original grievance. Do not list additional issues which were not part of your original
grievance as they will not be addressed. Your appeal statement is limited to what you write in the space
provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Because Mrs. Cliffon Jones entered false a fide
medical do comintations into eomis.
And that shows deliverate indifference to my medical conditions

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _N.C.U_

Name _Karl Carter_

ADC# _099771_ Brks # _12_ Job Assignment ~~Other~~ _Hall porter_

NOV 14 2012

FOR OFFICE USE ONLY

GRV. # _NC-12-00476_

Date Received: _11/14/12_

GRV. Code #: _600_

_11-13-12_ (Date) STEP ONE: Informal Resolution

_11-13-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because N.C.U. medical department Claims to be making errors which is no professional, and thats leaves me with any trust in staff at N.C.U._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I found in grievance NC-12-00400 shows that N.C.U. medical department Administrator Randy Ferrett responded it without merit, stating that there is nothing in my medical record to indicate that any medical Records have ever been false a fide. In addition, there is documentation in my medical record dated on 5-15-12 which is also false, because I have grievance NC-12-00230 where Administrator Randy Ferrette signed with response stating that Administrative staff has investigated and addressed my complaint that this grievance is with merit. Therefore N.C.U. medical department must be trying to conceal false a fired documents from the comis, and have giving FALSE information on a grievance decision #NC-12-00400. Therefore this shows deliberate Indifference to my medical Condition, and with my proof of Documentation, this grievance is with merit_

_____

_Karl Carter_ (signature)

Inmate Signature                    Date _11-13-12_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _11-13-12_ (date), and determined to be **Step One** and/or an ~~Emergency Grievance~~
_YES_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _HSA Mr. Ferretti_ Date _11-13-12_

_Sgt Reeves_          _34649_          _S. Reeves_(signature)          _11-13-12_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including dates: _I apologize for item #2 in formal grievance response NC-12-00400. This was in error and I acknowledge that we found grievance NC-12-00230 with merit. The employee you continue to reference to has not worked for Corizon for 5 months. R.Ferretti, HSA 11/13/12_ X _Karl Carter_ _11-13-12_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date _JAN 2 2013_

----
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

HEALTH & CORRECTIONAL PROGRAMS

GRIEVANCE#:NC-12-00476

ADC #: 099771

T430

INMATE NAME: Carter, Karl B.

November 13, 2012, you grieve that Randy Ferretti found NC-12-00400 without merit stating there was nothing in your medical record to indicate your records had been falsified. You complain that he found the grievance you submitted complaining that Ms. Jones did not perform a physical examination and the information she entered into eOMIS was false with merit (NC-12-00230). You claim this makes Mr. Ferretti's response in NC-12-00400 false and shows deliberate indifference to your medical condition.

The medical department responded, "Per policy all grievances are to be filed within 15 days of occurrence. The date on grievance NCU-12-0230 is dated 5/29/12. The employee, that you continue to make reference to, has not been employed by Corizon in 6 months. All of your medical complaints have been addressed in a timely manner. All of your treatment has been appropriate. All of your medical encounters are in EOMIS. Please be assured that all of Corizon staff is educated, licensed and trained in their capacities to provide medical care and treatment. Please be assured that your medical treatment is of the utmost importance to the medical staff. This grievance is without merit. The issue you continue to address is five to six months in the past."

Mr. Ferretti responded to NC12-00400 on September 13, 2012, and you submitted this grievance two months later. You failed to follow the grievance policy and your grievance should have been rejected. I will not address the merits of your appeal as it was filed past the time frame allowed by policy; therefore, I find this appeal without merit.

2/5/13
Date

Director

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center ~~_____~~ N.C.U.

**Received**

Name Karl Carter

ADC# 099771  Brks # 12  Job Assignment Hall Porter

**NOV 14 2012**
**Grievance Office**

FOR OFFICE USE ONLY

GRV.# NC-12-00477

Date Received: 11/14/12

GRV. Code #: 600

∠5

11-12-12 (Date) STEP ONE: Informal Resolution

11-13-12 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Because I am having to keep writing grievances, to get medical Attentions, and medical departed staff has shewn delivrate Indifference →

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: → to my medical conditions, by trying to give me unscribed ~~_____~~ medication.

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 10-30-12, I were at sick call and was seen by Ms. Hunt. I explained to her that the pain medication (Tromadole) that I were prescribed by Doctor Bishop were making me constipated with side effects, and that if I were three weeks to see how it works Doctor Bishop said that if I had problems with in the three weeks to put in a sick call for follow up, which I have did twice. On 10-30-12, Ms. Hunt told me after checking me that she had me on the Doctor list to see Doctor Bishop. On 11-7-12, I were at sick call, and were seen by Ms. Hunt from the same problem, I explain to her that the Laxative tablets that she give me were causing my stomach cramps and were not working as it should, and that the one time I did have vowel movement, it was hard and very little and that I've been having vowel more that once a week before taking tromodole, and that I needed to see the doctor, because my back problem may leads to side pain, stomach cramps, and constipation, and or the tromadote may have affected my vowel movement to cause stomach cramps Ms Hunt offered to give me some prun juice that she said she had for my constipation, and pain I refused to drink any fluids that is not prescribed are not from a pharmacy. I've have already grieved that I don't trust this medical staff, because of falsifyed documents and delivrate Indifferance to my medical conditions. I feel it would be the proper way to asign me to follow up with Dr. Bishop. This shows delivrate Indifferance to my medical conditions.

Karl Cat _____  11-12-12
Inmate Signature  Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 11/12/12 (date), and determined to be ~~Step One~~ and/or an Emergency Grievance
YES (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: Mr. Ferretti Date 11/12/12

Timothy Williams  51830  Sick Call  11/12/12
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: The treatments offered to you by Ms Hunt on 11/7/12 are appropriate but you refused these when you spoke to me about this on 11/8/12 and I communicated c Dr Bishop & she ordered Milk of Mag. You may return to sick call if problems persist. R. Ferretti HSA  Karl Cat 11-12-12
Staff Signature & Date Returned  11/13/12  Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: DEC 13 2012
If forwarded, provide name of person receiving this form: _____  Date: _____

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**- Given back to Inmate After Completion of Step One and Step Two.

*16*

IGTT430
3GD

Attachment VI

INMATE NAME: Carter, Karl B.        ADC #: 099771        GRIEVANCE#:NC-12-00477

November 12, 2012, you grieved that you are suffering from constipation from taking the medication Tramadol. You complain you saw Ms. Hunt in sick call but need to see Dr. Bishop again for this problem.

The medical department responded, "The medical department responded, "You were seen at sick call on 10/31/12 for the complaint that the medication Tramadol was causing constipation. You had been on the medication, Tramadol for 30 days and this was the first complaint of constipation. Your examination was normal, you had normal bowel sounds with no nausea, vomiting or fever. It is documented that you held your abdomen tight during the examination. Further documentation reads that you refused the protocol treatment of Bisacodyl and Colace. You reported that a nurse had already given you the Docusate and Bisacodyl the previous evening, but there was no documentation of your having been given the medications. You were offered prune juice as a natural approach to treating constipation. You also refused the offer of prune juice. You were instructed to return if no bowel movement in 3 to 4 days, to increase your water intake, exercise and to eat the fibrous foods. You were also informed that the Tramadol prescription was to expire on 10/31/12. On 11/09/12 you were prescribed Milk of Magnesia and on 11/29/12 you were prescribed Fiber Lax caplets. After further complaints of constipation you had a negative abdominal series and a normal CBC. Per policy only one issue will be addressed per grievance. The issue of constipation and your treatment is the issue addressed. This grievance is without merit. You were assessed and you refused the recommended treatment."

You disagree with this response in your December 10 appeal because the response is false. You claim you were not offered Bisacodyl or Colace, only prune juice, coffee, and milk of magnesia which you refused because they were not prescribed or from a pharmacy. You state you were seen by Dr. Bishop on November 29 and she prescribed Fiber Lax Caplets and ordered you a follow-up in one week, but Ms. Hunt trying to keep you from your follow-ups with Dr. Bishop. *I was transferred 12-13-13 two days before follow up with Ms Bishop*

The abdominal series taken on November 25 found a non-obstructed bowel gas pattern, physiologic (normal) amounts of stool in the colon; there were no significant findings. Your December 17 screening for occult rectal blood was negative. You were transferred from the North Central Unit and have been seen by the provider, Ms. Carswell. You did not complain of constipation during your January 28, 2013 encounter, and your Tramadol order expired October 31, 2012.

There is no evidence to support your accusation that Ms. Hunt is trying to keep you from seeing a provider. The prune juice, coffee, and Milk of Magnesia you were offered are standard protocol for complaints of constipation and you were seen by providers on the following dates for complaints of constipation: November 19, 27, 29, December 11, 17, and January 8.

I encourage you to cooperate with the treatment prescribed by medical staff. While you may not agree with it, sometimes simple measures such as increasing your fluid intake and drinking prune juice can be highly effective in relieving constipation.

Your appeal is without merit.

Director _Wendy Kelley_

Date _2/5/13_

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center __North Central Unit__

Name __Karl Carter__

ADC# __099771__ Brks # __12__ Job Assignment __~~Custodian~~__

NOV 28 2012

Received

Grievance Office

FOR OFFICE USE ONLY

GRV. # __NC-12-00496__

Date Received: __11/28/12__

GRV. Code #: __600__

17

__11-23-12__ (Date) STEP ONE: Informal Resolution

__11-27-12__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Because, North Central Medical Staff has fail to give me the proper EXAMINATION for A medical problem ~~That may have been created by pain medication~~

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Because this medical problem is severe and serious and the prior treatment of medical AT DEPARTMENT ~~has not responded to this is a medical problem~~

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ If yes, circle one: medical or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This complaint is based on a health problem that may have been Created by North Central units medical department from medication which I have consented may have constituted a serious physical medical problem. I were prescribed Tramadole for pain on 10-1-12, and became constipated on 10-23-12. On 11-9-12, I begun to feel severe sharp pain in my stomach less than 30 minutes from getting my teeth clean. I have been seen several of times for sick call and by Nurse practitioner and were given LAXATIVES, milk of magnesia and stool softners, which I've been taking almost 30 days, and seems to be making the pain increase and the constipation worse, I have created a combination of pain such as lower, back, stomach and kidneys and headache. I have been appointed XRays that may be an Inadequate, defective and a malfunctioning X-ray machine that may be the cause of me denied of Cat scans and MiRai because of a lower back Injury I have, that may have also created these combined problems that could have been solved if medical department and the director of medical had proceeded me with prompt treatment such as outside treatment. I've been suffering a combination of pain for all most 30 days and not getting any better. I am in need of prompt treatment.

_Karl Carter_                                          __11-23-12__
Inmate Signature                                      Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __11-23-12__ (date), and determined to be **Step One** and/or an Emergency Grievance __NO__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: __Mr. Ferretti__ Date __11-23-12__

__Sgt John Downing__ _____ __Sgt John D___ __11-23-12__
**PRINT STAFF NAME (PROBLEM SOLVER)** ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Mr Carter: I am Referring You To The A.P.N. to Review The XRay Findings From 25 Nov 12, AND for Follow Up As she Deems Medically Appropriate.

_____ RN                         _Karl Carter_   11-26-12
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____. Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Carter, Karl B.          ADC #: 099771          GRIEVANCE#:NC-12-00496

You submitted three grievances from November 23 to December 10, 2012, complaining of multiple symptoms including constipation, stomach cramps, and headaches, after being prescribed Tramadol in October. You claim the x-rays you received are inadequate to diagnose your digestive problem. You assert a CT scan in 2011 revealed an angulation in your lower sacrum, and noted that if you were focally symptomatic in those areas further evaluation with an MRI could be considered clinically indicated. You complain that the x-ray machine at the NCU must be inadequate, defective or it malfunctioned. You complained that a practitioner told you there was no sign of infection or disease in a blood sample Nurse Shelby sent to a lab in Calico Rock.

The medical department noted the treatment you had received including being offered Bisacodyl, Colace, and prune juice during your October 31 sick call encounter, prescribed Milk of Magnesia on November 9, and Fiber Lax caplets on Novmber 29; your lab, abdominal series were normal; the x-ray machine was certified, and the results read by a certified/licensed and experienced radiologist who found no obstruction. NC-12-00496 and NC-12-00501 were found without merit; NC-12-00514 was rejected by the grievance officer as a duplicate.

A consult for an MRI was submitted on July 6 and returned with a recommendation to treat conservatively on site and monitor for change in neuro examination. During her July 23 follow-up to discuss the conservative treatment for your back, Dr. Bishop updated your physical with the following restrictions: Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing; Restrict assignment requiring strenuous physical activity for periods in excess of 0 hours; Restrict assignment requiring handling, lifting of heavy materials in excess of 15 lbs or requiring overhead work for a period in excess of 2 hours; and one arm duty with no stairs. You have been monitored closely since that time and were seen by providers for complaints related to your back on August 8, October 1 and 23; and for constipation on November 19, 27, 29, December 11, 17, and January 8. You were seen for acid reflux on January 28, 2013. Your November 25 abdominal x-rays revealed a non-obstructive bowel gas pattern with relatively little bowel gas and physiologic (normal) amounts of stool in your colon. There were no significant abnormalities found. Your December 17 stool sample was negative for occult (hidden) blood. Your specific complaint of constipation was addressed in NC-12-00477 and found without merit.

You are being evaluated for all of your current complaints and treated as deemed appropriate and clinically indicated based on your provider's medical judgement. If you continue to have problems, I encourage you to submit a sick call request for further evaluation by a provider.

NC-12-00496, NC-12-00501, and NC-12-00514 are without merit.

Director          Date          2/5/13

IGTT430                    Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM (Attachment 1)**

Unit/Center _N.C.U._

Name _Karl Carter_

ADC# _099771_   Brks # _12_   Job Assignment _Office Porter_

FOR OFFICE USE ONLY
GRV. # _NC-12-00501_     19
Date Received _12/3/12_
GRV. Code #: _600_

_11-27-12_ (Date) STEP ONE: Informal Resolution

_11-30-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because this medical problem have not been Solved and This medical department has fail to fuel the problem. I need outside treatment such as proper examination to find out this medical problem thats been going on for fifty five days._

_11-27-12_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _Because this problem has been over 30 days and is causing severe pain and no bowel movement, and if I don't get proper treatment soon in It may cause my life._

Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one: (medical) or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _I have medical documents from injury back on 10/17/11, from Ouachita County Medical Center shows from examination of CAT SCAN that I have a Acute angulation in my lower sacrum, which means, something is between the Rectum and the SACRUM, which is a wedge with formed angles thats causing compression, And is blocking off the rectum from bowel movements. It states that if patient is facaily symptomatic in those areas, further evaluation with M.R.I could be considered if clinically indicated. I am having burning pains in my lower stomach both sides, and exactly in the sacrum, and rectum area, and can feel there is the blockage of the constipation. This medical documents from a updated examination machine, shows facts of a medical problem that North Centrals medical departments xray machine must be Inadequate, defective and a malfucatured, and or may not be properly inspected. I am suffering a serious medical problem that may affect my life, because The medical department, prolonged, refused, and denied me out side treatment and out side examinations such as CAT SCANS and M.R.I. North central Medical staff has tryed to solve this problem and fail to figure out a serious medical problem that has grown worse, from the day of the injury, and has denied me further evaluation._

_Karl C____     JAN 17 201     _11-27-12_

Inmate Signature                                             Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _11-27-12_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Mr. Ferretti_     Date _____

_Patrick Thompson_     _49945_     _Patrick Thompson_     _____
**PRINT STAFF NAME** (PROBLEM SOLVER)   ID Number   Staff Signature                     Date Received

Describe action taken to resolve complaint, including dates: _Mr Carter: The Abdominal Series Performed Last week showed No obstruction, per the Cervical Radiologist. Had the xray machine been defective, the xray would have been unreadable, Not show No obstruction. The NCU providers are continuing to evaluate theCause of your Medical Complaints, follow up Blood Tests have been ordered and you are scheduled to see the Doctor later This week. The Nurse Practioner saw you_

Staff Signature & Date Returned _(cont'd below) ___/11/27/12_   Inmate Signature & Date Received _Karl Cter 11-27-12_

_This_ This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
_Aftersiano_ Staff Who Received Step Two Grievance: _____   Date: _____
_less then_ Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
_3th hrs_ If forwarded, provide name of person receiving this form: _____   Date: _____
_Ago and Stayed that it that time you did not_

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two. _Being Thoroughly Assessed & Monitored._
_have an emergency condition, please know you are_

IGTT430
3GD

Attachment VI

INMATE NAME: Carter, Karl B.          ADC #: 099771          GRIEVANCE#:NC-12-00501

You submitted three grievances from November 23 to December 10, 2012, complaining of multiple symptoms including constipation, stomach cramps, and headaches, after being prescribed Tramadol in October. You claim the x-rays you received are inadequate to diagnose your digestive problem. You assert a CT scan in 2011 revealed an angulation in your lower sacrum, and noted that if you were focally symptomatic in those areas further evaluation with an MRI could be considered clinically indicated. You complain that the x-ray machine at the NCU must be inadequate, defective or it malfunctioned. You complained that a practitioner told you there was no sign of infection or disease in a blood sample Nurse Shelby sent to a lab in Calico Rock.

The medical department noted the treatment you had received including being offered Bisacodyl, Colace, and prune juice during your October 31 sick call encounter, prescribed Milk of Magnesia on November 9, and Fiber Lax caplets on Novmber 29; your lab, abdominal series were normal; the x-ray machine was certified, and the results read by a certified/licensed and experienced radiologist who found no obstruction. NC-12-00496 and NC-12-00501 were found without merit; NC-12-00514 was rejected by the grievance officer as a duplicate.

A consult for an MRI was submitted on July 6 and returned with a recommendation to treat conservatively on site and monitor for change in neuro examination. During her July 23 follow-up to discuss the conservative treatment for your back, Dr. Bishop updated your physical with the following restrictions: Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing; Restrict assignment requiring strenuous physical activity for periods in excess of 0 hours; Restrict assignment requiring handling, lifting of heavy materials in excess of 15 lbs or requiring overhead work for a period in excess of 2 hours; and one arm duty with no stairs. You have been monitored closely since that time and were seen by providers for complaints related to your back on August 8, October 1 and 23; and for constipation on November 19, 27, 29, December 11, 17, and January 8. You were seen for acid reflux on January 28, 2013. Your November 25 abdominal x-rays revealed a non-obstructive bowel gas pattern with relatively little bowel gas and physiologic (normal) amounts of stool in your colon. There were no significant abnormalities found. Your December 17 stool sample was negative for occult (hidden) blood. Your specific complaint of constipation was addressed in NC-12-00477 and found without merit.

You are being evaluated for all of your current complaints and treated as deemed appropriate and clinically indicated based on your provider's medical judgement. If you continue to have problems, I encourage you to submit a sick call request for further evaluation by a provider.

NC-12-00496, NC-12-00501, and NC-12-00514 are without merit.

_Wendy Kelley_
Director

2|5|13
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I) Received

Unit/Center _N.C.U._

Name _Karl Carter_          DEC 11 2012

ADC# _099771_     Brks # _12_     Job Assignment ~~Grievant~~ Porter
                                   Grievance Office

FOR OFFICE USE ONLY
GRV. # _NC-12-00574_
Date Received: _12/11/12_
GRV. Code #: _600_

_12-10-12_ (Date) STEP ONE: Informal Resolution

_12-10-12_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because I have a serious medical problem and this medical department and is going through a slow process of giving me the proper examination such as outside treatment. I have been going through this problem for almost 60 days._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one:_ (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I have a physical medical problem of constipation and stomach cramps and has been going on since 10-24-12. On 11-19-12, Nurse Shelby drawn blood and taken it to a clinic in the town Calico Rock to be tested, and results was said by North Central's medical practitioner that their were no signs of infection nor disease. On 11-25-12, I were giving Xrays at North Central's medical department and results was said that their were no clinical need for a follow up at that time, but I continue to have syptoms such as constipation, stomach cramps and head aches, and Kedney pain. On 11-30-12, I were seen at North Central by Dr Bishop, and were ordered and prescribed fiber tablets, and reebive them on 12-1-12, and was to follow up with Dr Bishop in one week, which should have been on 12-7-12, but have not followed up. My digestion problem are contenuing and this medical staff has fail to find my serious medical problem, I've been suffering for 60 days almost and are denyed and outside medical treatment such as cat scan and examinations. There are seriously something wrong with my digestion system, and may have been consented a medication that may have constituted a serious medical problem._ ▬▬▬▬▬▬ _Either North Central's medical departments Xray machine are inadequate, defective and malfucturing, and may not be properly inspected, or North Central's medical staff for delaying me from outside treatment, because of a serious medical problem that they know I would be highly cost for examinations and treatment which shows deliberate indifference to a serious medical need._

_Karl Carter_ (Inmate Signature)          _12-10-12_ (Date)

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _12-10-12_ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _Mr Ferretti_ _____ Date _____

_Patrick Thompson_          _49945_     _Patrick Thompson_
**PRINT STAFF NAME** (PROBLEM SOLVER)    ID Number    Staff Signature          Date Received

Describe action taken to resolve complaint, including **dates**: _If you are still having problems please submit a sick call request, you have a scheduled appointment with Dr Bishop._

_Thompson 12/10/12_ (Staff Signature & Date Returned)   _Karl Carter_ _12-10-12_ (Inmate Signature & Date Received)

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____
Staff Who Received Step Two Grievance: _____ Date: _____

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: DEC 19 2012

If forwarded, provide name of person receiving this form: _____ Date: _____

HEALTH & CORRECTIONAL PROGRAMS

--------------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.



IGTT430
3GD

Attachment VI

INMATE NAME: Carter, Karl B.          ADC #: 099771          GRIEVANCE#:NC-12-00514

You submitted three grievances from November 23 to December 10, 2012, complaining of multiple symptoms including constipation, stomach cramps, and headaches, after being prescribed Tramadol in October. You claim the x-rays you received are inadequate to diagnose your digestive problem. You assert a CT scan in 2011 revealed an angulation in your lower sacrum, and noted that if you were focally symptomatic in those areas further evaluation with an MRI could be considered clinically indicated. You complain that the x-ray machine at the NCU must be inadequate, defective or it malfunctioned. You complained that a practitioner told you there was no sign of infection or disease in a blood sample Nurse Shelby sent to a lab in Calico Rock.

The medical department noted the treatment you had received including being offered Bisacodyl, Colace, and prune juice during your October 31 sick call encounter, prescribed Milk of Magnesia on November 9, and Fiber Lax caplets on Novmber 29; your lab, abdominal series were normal; the x-ray machine was certified, and the results read by a certified/licensed and experienced radiologist who found no obstruction. NC-12-00496 and NC-12-00501 were found without merit; NC-12-00514 was rejected by the grievance officer as a duplicate.

A consult for an MRI was submitted on July 6 and returned with a recommendation to treat conservatively on site and monitor for change in neuro examination. During her July 23 follow-up to discuss the conservative treatment for your back, Dr. Bishop updated your physical with the following restrictions: Restrict assignment requiring prolonged crawling, stooping, running, jumping, walking or standing; Restrict assignment requiring strenuous physical activity for periods in excess of 0 hours; Restrict assignment requiring handling, lifting of heavy materials in excess of 15 lbs or requiring overhead work for a period in excess of 2 hours; and one arm duty with no stairs. You have been monitored closely since that time and were seen by providers for complaints related to your back on August 8, October 1 and 23; and for constipation on November 19, 27, 29, December 11, 17, and January 8. You were seen for acid reflux on January 28, 2013. Your November 25 abdominal x-rays revealed a non-obstructive bowel gas pattern with relatively little bowel gas and physiologic (normal) amounts of stool in your colon. There were no significant abnormalities found. Your December 17 stool sample was negative for occult (hidden) blood. Your specific complaint of constipation was addressed in NC-12-00477 and found without merit.

You are being evaluated for all of your current complaints and treated as deemed appropriate and clinically indicated based on your provider's medical judgement. If you continue to have problems, I encourage you to submit a sick call request for further evaluation by a provider.

NC-12-00496, NC-12-00501, and NC-12-00514 are without merit.

_Wendy Kelley_
Director

_2/5/13_
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Tucker_

Name _Karl Carter_

ADC# _099771_   Brks # _6A_   Job Assignment _VO-Tech_

FOR OFFICE USE ONLY
GRV. # _TU-13-06271_
Date Received: _6/11/13_
GRV. Code #: _600_

_6-7-13_ (Date) STEP ONE: Informal Resolution

_6-10-13_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Because I contenue with chest pains and stomach problem, and constipation, and N.C.U. medical did not give me proper exams which made problem worse._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _____ _If yes, circle one_ (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On 6-20-12, I submitted a sick call at North Central Unit medical department for chest and stomach and constipation, and were seen by Dr Bishop four times, and never had a lab nor stool test. I contenued sick calls and doctor calls for eight times, and only were giving Tums, Malox, and Zantac. I suffered with a stamach infection called Hy pylor Antigen for (8) eight months, because N.C.U. medical staff fail to preform the proper exams such as Lab and stool Test. On 12-12-12, I were transfered to Tucker Unit and was forced to start the medical process all over at Tucker medical department, which started on 12-13-12. I were treated with stomach medication by Dr. Pepper, but my medical problem keep getting worse. On 4-22-13, I were given Lab and stool test and it came back with H pylori Antigen Stomach infection), which is the medical problem I suffered from 6-20-12 at North Central Unit. At North Central medical department fail to give proper exams such as Lab and stool for a serious medical problem, which shows deliberate indifference to a serious medical need, that caused me to suffer a stomach infection for 8 months. On 4-26-12, I submitted a sick call for a stomach problem and were giving a lab test at diagnostic. I recieved the results on 5-31-12 at N.C.U. stated that no need for clinical follow up, which were false, because I contenued suffering stomach problems. Etor_

_Karl Cat_                             _6-7-13_
Inmate Signature                         Date

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _6/11/13_ (date), and determined to be **Step One** and/or an Emergency Grievance _Yes_ (Yes or No). This form was forwarded to medical or mental health _No_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _6/11/13_

**PRINT STAFF NAME (PROBLEM SOLVER)** _L. Sellars_  ID Number _5925_  Staff Signature _L. Sellars_  Date Received _6/11/13_

Describe action taken to resolve complaint, including dates: _You had another lab drawn 5-23-13 for H pylori and it is Negative._

**FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS**

_R. Huff RN_                           _Karl Cat_                  _6-10-13_
Staff Signature & Date Returned           Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _JUN 1 9 2013_

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

HEALTH & CORRECTIONAL PROGRAMS

IGTT420
3GH

Attachment IV

**INMATE NAME:** Carter, Karl B.　　　　ADC #: 099771E　　　　GRIEVANCE #: TU-13-00271

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619)

Your grievance states, "On 6/20/12, I submitted a sick call at North Central Unit medical department for chest and stomach and constipation, and were seen by Dr. Bishop four times, and never had a lab nor stool test. I continued sick calls and doctor calls for eight times, and only were giving tums, malox and zantac. I suggered with a stomach infection called hpyiori antigen for (8) eight months, because N.C.U medial staff frail to preform the proper exams such as Lab and stool test. On 12/12/12, I were transferred to Tucker Unit, and forced to start the medical process all over at Tucker medical department, which started on 12/13/12. I were treated with stomach medication by Dr. Pepper, but my medical problem keep getting worse. On 4/22/13, I were given lab and stool test and it came back with tpyiori Antigen stomach infection, which is the medical problem I suggered from 6/20/12 at North Central Unit North Central medical department fail to give proper exams such as lab and stool for a serious medical problem which shows deliberate indifference to a serious medical need, that caused me to suffer a stomach infection for 8 months. On 4/26/12, I submitted a sick call for a stomach problem and were giving a lab test at diagnostic. I received results on 5/31/12 at N.C.U stated that no need for clinical follow up, which were false, because I continued suffering stomach problems."

You also state, " Because I continue with chest pains and stomach problmes and constipation and NCU medical did not give me proper exams which made problem worse"

According to the grievance policy, The unit level grievance form (attachment 1) shall be completed and submitted within 15 days after the occurrence of the incident, with the date beside step 1: informal resolution"filled in. Therefore your complaints regarding North Central unit are out of time frame.

In regards to your concerns about your ongoing chest pains, stomach problems and constipation you are now being seen by medical staff at the Tucker Unit.

You were seen by licensed medical staff on the following dates for your complaints of stomach pain, Chest pain, and constipation: 12-17-12, 1-8-13, 1-28-13, 2-25-13, 2-28-13, 3-13-13, 3-14-13, 3-15-13, 4-15-13, 4-17-13, 4-30-13, 5-13-13, 5-23-13, 5-31-13, and 6-5-13.

You are being seen by licensed medical staff regarding chest pains, constipation, and stomach problems. Therefore, this grievance is without merit. Please continue to utilize the sick call process.

FAILURE TO FOLLOW POLICY HAS RESULTED IN A REJECTION FOR THIS APPEAL AND MARKS THE END OF THE APPEAL PROCESS

_Ramona Huff_

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Ramona A Huff | 06/13/2013 |
| | Title | |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

---

**INMATE'S APPEAL**

JUN 19 2013

HEALTH AND
CORRECTIONAL PROGRAMS

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not

IGTT405
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:  Inmate  <u>Carter, Karl B.</u>       ADC #:  <u>099771E</u>
FROM:  <u>Kelley, Wendy L</u>       TITLE:  <u>Deputy Director</u>
RE: Receipt of Grievance  <u>TU-13-00271</u>       DATE:  <u>06/20/2013</u>

Please be advised, the appeal of your grievance dated
<u>06/07/2013</u>
was received in my office on this date  <u>06/20/2013</u>

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☒ The time allowed for appeal has expired
☒ The matter is non-grievable and does not involve retaliation:
   ☒ (a) Parole and/or Release matter
   ☒ (b) Transfer
   ☒ (c) Job Assignment unrelated to medical restriction
   ☒ (d) Disciplinary matter
   ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
   ☒ (f) Involves an anticipated event
☒ You did not send all the proper Attachments:
   ☒ (a) Unit Level Grievance Form (Attachment 1)
   ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
   ☒ (c) Did not give reason for disagreement in space provided for appeal
   ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
   ☒ (e) Unsanitary form(s) or documents received
   ☒ (f) This Appeal was REJECTED because it was ███████ untimely ███████████
   ███████

FAILURE TO FOLLOW
POLICY HAS RESULTED IN
A REJECTION FOR THIS
APPEAL AND MARKS THE END
OF THE APPEAL PROCESS