IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KARL BERNARD CARTER                                             PLAINTIFF

v.                              1:13-cv-77-DPM-JTR

DENISE CLIFTON JONES, Nurse
Practitioner, ADC; RANDY FERRETTI,
Administrator of Health Department,
North Central Unit; LINDA HUNT,
Nurse, LPN; CARLA SELVEY, Nurse,
Lab Department; and MICHELLE BISHOP,
Doctor, North Central Unit                                      DEFENDANTS

## ORDER

Despite having ample time to do so, Carter has not complied with the Court's Order in March directing him to respond to defendants' motion for partial summary judgment. № 30. This case is therefore dismissed without prejudice. Local Rule 5.5(c)(2). The motion for summary judgment, № 27, is denied as moot. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014