IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KARL BERNARD CARTER                  PLAINTIFF

v.                  1:13-cv-77-DPM

DENISE CLIFTON JONES, Nurse
Practitioner, ADC; RANDY FERRETTI,
Administrator of Health Department,
North Central Unit; LINDA HUNT,
Nurse, LPN; CARLA SELVEY, Nurse,
Lab Department; and MICHELLE BISHOP,
Doctor, North Central Unit                  DEFENDANTS

JUDGMENT

Carter's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014